# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH PETITFRERE,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:04-cv-458-Orl-18KRS**

**AJA RESTAURANTS, INC., d/b/a Miami
Subs Grill, MANUEL TATO, II,**

**Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration by the Court based upon Defendant Manuel Tato, II's

failure to appear at a case management and settlement conference scheduled to occur on April 13,

2005, at 2:00 p.m.  (Doc. Nos. 24 & 25).  Counsel for the plaintiff represented that Mr. Tato had not

responded to his requests to schedule the time to meet to prepare the Joint Final Pretrial Statement as

required by the Court's Case Management and Scheduling Order. (Doc. No. 12).  The Plaintiff orally

moved for entry of default against Mr. Tato.

Fed. R. Civ. P. 16(f) provides that if a party fails to attend a pretrial conference or otherwise

fails to obey a scheduling or pretrial order, the Court may make such orders with regard thereto as are

just, including imposing sanctions provided for in Fed. R. Civ. P. 37(b)(2)(B), (C), and (D).  Rule

37(b)(2)(C) permits the Court to strike out pleadings of the offending party and render a judgment by

default.  It appears this relief is appropriate in light of Mr. Tato's failure to respond to the Court's

order and notice of hearing.

Accordingly, I recommend that the Court enter an order for Manuel Tato, II to show cause why his answer should not be stricken and a judgment by default entered against him.    The Clerk of Court is directed to mail a copy of this Report and Recommendation to Mr. Tato.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 13, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

-2-