UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH PETITFRERE,
    Plaintiff,

-vs-                                          Case No. 6:04-cv-458-Orl-18KRS

AJA RESTAURANTS, INC., d/b/a Miami
Subs Grill, MANUEL TATO, II,
    Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration by the Court based upon Defendant Manuel Tato, II's failure to appear at a case management and settlement conference scheduled to occur on April 13, 2005, at 2:00 p.m. (Doc. Nos. 24 & 25). Counsel for the plaintiff represented that Mr. Tato had not responded to his requests to schedule the time to meet to prepare the Joint Final Pretrial Statement as required by the Court's Case Management and Scheduling Order. (Doc. No. 12). The Plaintiff orally moved for entry of default against Mr. Tato.

Fed. R. Civ. P. 16(f) provides that if a party fails to attend a pretrial conference or otherwise fails to obey a scheduling or pretrial order, the Court may make such orders with regard thereto as are just, including imposing sanctions provided for in Fed. R. Civ. P. 37(b)(2)(B), (C), and (D). Rule 37(b)(2)(C) permits the Court to strike out pleadings of the offending party and render a judgment by default. It appears this relief is appropriate in light of Mr. Tato's failure to respond to the Court's order and notice of hearing.