# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSEPH PETITFRERE,**

                   **Plaintiff,**

-vs-                              **Case No.  6:04-cv-458-Orl-18KRS**

**AJA RESTAURANTS, INC., d/b/a Miami
Subs Grill, MANUEL TATO, II,**
                   **Defendants.**

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration with respect to the Order to Show Cause issued to Defendant Manuel Tato, II by the Honorable G. Kendall Sharp, presiding district judge. Doc. No. 28. Tato has not responded to the Order to Show Cause, and the time for doing so has passed. Accordingly, I respectfully recommend that Tato's answer be stricken and that the Court direct the Clerk of Court to enter a default against him for the reasons stated in my earlier Report and Recommendation, doc. no. 27.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 6, 2005.

                              *Karla R. Spaulding*
                            KARLA R. SPAULDING
             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties
District Courtroom Deputy

So ordered
6 July 05

G. KENDALL SHARP
U.S. DISTRICT JUDGE