UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH PETITFRERE,

Plaintiff,

-vs-                                            Case No. 6:04-cv-458-Orl-18KRS

AJA RESTAURANTS, INC., d/b/a Miami
Subs Grill, MANUEL TATO, II,

Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on Joseph Petitfrere's Motion for Entry of Default Judgment Against Defendant, Manuel Tato II. Doc. No. 31. This matter was referred to me for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b).

I.   PROCEDURAL HISTORY.

On April 2, 2004, Petitfrere filed a complaint against AJA Restaurants, Inc. (AJA) and Tato (collectively the defendants), alleging violations of the minimum wage and overtime provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, Chapter 448 of the Florida Statutes, and Florida common law. Doc. No. 1. Petitfrere alleges that AJA and Tato failed